[No. 11778-2-III.   Division Three.   June 9, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CRISTOBAL MARQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 91-1-50106-7, Duane E. Taber, J., entered July 30, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, A.C.J., and Munson, J. Now published at 68 Wn. App. 290.

[No. 11568-2-III.   Division Three.   June 9, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. IGNACIO COBOS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 91-1-00014-2, Evan E. Sperline, J., entered March 22, 1991. *Reversed* by unpublished opinion per Shields, C.J., concurred in by Munson and Thompson, JJ.